IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                                          4:09CR00020-01-BSM

REGINALD WILLIAMS

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled matter came on for a hearing on the petition to revoke the Probation granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his Probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Probation granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 12 months at a designated Bureau of Prisons correctional facility. The defendant is to participate in nonresidential substance abuse treatment during incarceration. The defendant is to be designated to the BOP facility in Forrest City, Arkansas.

There is no supervised release to follow incarceration.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 22nd day of September, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

supvrl.2.WilliamsProbation.wpd